**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 546 EAL 2018

            Respondent   :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

            v.   :

                               :

KAREEM MCNEIL,   :

                               :

            Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.